IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL AARON BASS,**

    **Plaintiff,**

v.                                                   Case No. 4:25-cv-479-AW-MAF

**FRANKLIN COUNTY SHERIFF'S
OFFICE, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not paid the filing fee, has not moved for leave to proceed *in forma pauperis*, has not complied with a court order, and has not objected to the magistrate judge's report and recommendation (ECF No. 4), which recommends dismissal on those bases. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to pay the filing fee, failure to comply with a court order, and failure to prosecute." The clerk will then close the file.

SO ORDERED on February 2, 2026.

                                                s/ *Allen Winsor*
                                                Chief United States District Judge